UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | |
|---|---|
| George Logue | |
| Plaintiff | CASES<br>1:04-cv-10270-GAO,<br>1:04-cv-10271-GAO,<br>1:04-cv-10272-GAO |
| Vs | |
| Dartmouth Police Department et al.,<br>Commonwealth of Massachusetts, over<br>District Court of New Bedford, and<br>Taunton State Hospital | **MOTION TO AMEND<br>COMPLAINTS** |
| Defendants | |

Plaintiff respectfully submits this Motion requesting that the revised complaints be entered into their respective files as the most updated version of the complaint. Revisions have been made attempting to make each complaint clearer by correcting titles, clarifying statements, and making general gramatical corrections

This motion is respectfully submitted to the court, this 8th day of March, 2004.

*George Logue*