UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Logue                                    Case No. 1:04-cv-10270 -_GAO_

       Plaintiff                            **MOTION FOR
                                                 ENLARGEMENT OF
v.                                               TIME**

Dartmouth Police

       Defendant

**Comes now the plaintiff, with this Motion for an Enlargement of Time in order to serve the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this request for additional time to properly serve the defendant with this complaint according to Fed. R. Civ. P., Rule 4.1. Because 120 days has already passed since the complaint was filed, plaintiff requests an additional 90 days to serve the complaint, if and when the Court decides the case should proceed.

August 12, 2004                                  _[signature: George Logue]_
Date