UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 15 P 3: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
|  | CASE NO 04-10270 - GAO |
| Plaintiff | **MOTION FOR** |
|  | **ENLARGEMENT OF TIME** |
| v. |  |
| Dartmouth Police |  |
| Defendants |  |

**Comes now the plaintiff, with this Motion For Enlargement of Time.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 4 and 6(b), plaintiff respectfully submits this Motion, with the reason to Show Cause stated below, so that the time for such service of this complaint may be enlarged.

Wherefore plaintiff respectfully prays that this Honorable Court grant an extension of time that will allow the Court to make a decision, regarding issues with the other related complaints (04-10271, and 04-10342) so that each of the complaints may be served at approximately the same time. Since each of these complaints arise out of the same nucleus of facts, and because the Court had raised issues concerning the trial worthiness of two of the complaints, plaintiff makes this request so that time is allowed to resolve those issues and so that, then, each of the complaints may be served in a timely manner which may facilitate a cost effective and efficient process for them all.

January 21, 2005
Composition Date