FILED
IN CLERKS OFFICE

2005 FEB -9 P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

February 4, 2005

Clerk of the Court for
The Honorable Justice O'toole
United States District Court
1 Courthouse Way
Boston, MA  02210

RE:  v. Dartmouth Police, Case No. 04-10270-GAO

Dear Sir/Madam:

This letter is being sent to accompany the enclosed motion. Please find enclosed, the following item for filing in the above-entitled action:

   (1) Motion For Enlargement of Time

This motion was originally submitted January 21, 2005 along with the motion for the related case no. 04-10272. Both motions were stamped, however the motion for case 10272 was the only motion that somehow made it to docket. Therefore, I am submitting it, again with this notation. I have discussed with miss Edge, the relation between each of the cases, and the reasons for asking for this enlargement (case nos. 04-10270, 10271, 10272, and 10342). The Motion underscores this is because the cases all arise out of the same original set of facts. Therefore, defendants served at the same time, might facilitate the most efficient use of this Court's time.

                                                        Very truly yours,

                                                         George Logue