UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 17 P 3:10

| | | |
|---|---|---|
| George Logue | ] | CIVIL ACTION |
| | ] | Case No: 1:04-10270 - GAO |
| Plaintiff | ] | NOTICE OF |
| | ] | CHANGE OF ADDRESS |
| . v. . | ] | |
| | ] | |
| Dartmouth Police department, et al. | ] | |
| | ] | |
| Defendants | ] | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record should be General Delivery, Boston, MA 02205.

Respectfully submitted,

March 17, 2005

*[signature: George Logue]*

Certificate of Service

I, G. Logue, plaintiff, certify that on the 17TH day of March 2005, I caused a true copy of this document to be served on the opposing party by having the U.S. Marshall make service, and by mail, postage paid to:

249 Russell Mills Road
Dartmouth, MA 02748

*[signature: George Logue]*