**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF George Logue | COURT CASE NUMBER 04-10270-GAO |
| DEFENDANT Brooks, Dartmouth PD | TYPE OF PROCESS S+C |

**SERVE** ➤
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Defendant Brooks

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
249 Russell Mills Rd. Dartmouth, MA 02748

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Logue
General Delivery
Boston, MA 02205

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
George Logue
TELEPHONE NUMBER:
DATE: March 17, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 35 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk | Date 3/17/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lt Ken Cotta

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/21/05   Time: 11:20 am

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 110 | Forwarding Fee — | Total Charges 45.00 | Advance Deposits — | Amount owed to U.S. Marshal or 0 | Amount of Refund |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS _____

GEORGE LOGUE

V.

DARTMOUTH POLICE
DEPARTMENT, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10270-GAO

TO: (Name and address of Defendant)

Officer Brooks

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Logue, pro se
General Delivery
Boston, MA 02205

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                  9/21/04

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>GEORGE LOGUE</u>,

          Plaintiff,

v.　　　　　　　　　　　　　　　Civil Action No. 04-10270-GAO

<u>DARTMOUTH POLICE DEPARTMENT, et al.</u>, Brakes
          Defendants.

ORDER ON SCREENING
<u>PURSUANT TO SECTION 1915(e)(2)</u>

Having completed the screening on the merits of plaintiff's amended complaint pursuant to Section 1915(e)(2), the Court makes the following findings:

<u>FINDINGS</u>

1. The amended complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☒     Yes ☐     as to defendant(s)
    _____

2. The amended complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☒     Yes ☐     as to defendant(s)
    _____

<u>ORDERS</u>

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the amended complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

    No ☐     Yes ☒     ☒ as to all defendants
                                     ☐ only as to defendant(s)

Page 1

2.  The amended complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing why this case should not be dismissed for the reasons stated in the accompanying memorandum.

No ☒    Yes ☐    ☐ as to all defendants
                 ☐ only as to defendant(s)
                 _____

SO ORDERED.

__9/29/04__          s/ George A. O'Toole, Jr.
DATE                 GEORGE A. O'TOOLE, JR.
                     UNITED STATES DISTRICT JUDGE

Page 2