UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Case # 1:04-cv-10270-GAO

George Logue        )
    Plaintiff   )
                )
v.                  )
                )
Dartmouth Police Department, )
et al               )
    Defendants  )

MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

The Town of Dartmouth appears in this matter for its Police Department and its Officers, agents and employees for the limited purpose of moving that the Court enlarge the time to respond to Plaintiff's complaint. The Town requests an enlargement of time to May 9, 2005.

Town so moves without waiver of its rights to later move for dismissal for insufficiency of service of process upon it and its employees F.R.C.P. 4(b)(5), and it right to move for a more definite statement [F.R.C.P. 12(e), and to move for dismissal pursuant to F.R.C.P. 12(b) for failure to state a claim for which relief may be granted, and for lack of jurisdiction, and to assert all available defenses, including without limitation, the statute of limitations.

1

In support of its Motion the Town says that although the Plaintiff recognizes in par. 4 of each cause and count in his complaint that the Dartmouth Police Department is a department of the Town of Dartmouth, he failed to serve the Town of Dartmouth in the manner required by F.R.C.P. 4(j)(2). That rule requires service in accordance with State law, M.R.C.P. rule 4.[1]

Massachusetts R.C.P. 4(d)(4) requires service upon Town by delivery to Clerk or Treasurer of Town. Here service was made only on the Dartmouth Police Department. No service was made on the Town Clerk or Treasurer, and there has been no waiver of service pursuant to F.R.C.P. 4(d).

Plaintiff also served the individual named officers (identified by last name only, and not named at all in the caption to the Plaintiff's complaint) by serving each by delivery to the Dartmouth Police Department, and not by serving on the individual officers by service on each personally, or by leaving at last and usual place of abode as is the requirement of M.R.C.P rule 4(d).

Plaintiff did not request waiver of service.

Plaintiff's failure to serve his complaint in the required manner has unnecessarily delayed the Town

---

[1]. M.R.C.P. RULE 4. Process: copy appended.

response. The Town has not had adequate time to evaluate the complaint and to involve its insurer.

For the Town of Dartmouth and its officers, agents and employees.

*/s/ Joseph P. Hannon*

Joseph P. Hannon, Town Counsel
MA BBO 220 520
Town Offices, 400 Slocum Road
Dartmouth, MA 02747
Tel 508 910 1881
Email: hannon@town.Dartmouth.ma.us

CERTIFICATE OF SERVICE

I certify service of the above motion on Plaintiff George Logue (pro se) by mailing a true copy of same to him by first class mail postpaid addressed General Delivery Boston, MA 02205 this April 8, 2005.

_/s/ Joseph P. Hannon_
Joseph P. Hannon