UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10270-GAO

GEORGE LOGUE
    Plaintiff,

v.

DARTMOUTH POLICE
DEPARTMENT, ET AL
    Defendants.

### DEFENDANTS, DARTMOUTH POLICE DEPARTMENT, GILL, WHITE, BROOKS AND MEDEIROS' MOTION TO DISMISS

The defendants, Darmouth Police Department, Gill, White, Brooks and Medeiros move to dismiss all counts and claims against them pursuant to F. R. Civ. P. 12(b)(1)(6) for the Complaint fails to state claims upon which relief can be granted.  The defendants submit this Motion and the accompanying Memorandum of Law in Support of their request for dismissal. For the reasons set forth more fully in the Memorandum of Law the Darmouth Police Department, Gill, White, Brooks and Medeiros, the defendants request that this court dismiss all counts and claims against them.

                                            Defendants, Darmouth Police Department,
                                            Gill, White, Brooks and Medeiros,
                                            By their attorneys,

                                            /s/Regina M. Ryan
                                            Douglas I. Louison BBO# 545191
                                            Regina M. Ryan BBO# 565246
                                            Merrrick, Louison & Costello, LLP
                                            67 Batterymarch Street
                                            Boston, MA 02110
                                            (617) 439-0305

CERTIFICATE OF SERVICE

     I, Regina M. Ryan, hereby certify that on the 19th day of April, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to George Logue, pro se, General Delivery, Boston, MA 02205.

                                                                /s/Regina M. Ryan
                                                               Regina M. Ryan