UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No: 1:04-10270-GAO |
| v. |  |
| Dartmouth Police Department et al. |  |
| Defendant |  |

### OPPOSITION OF PLAINTIFF TO DEFENDANT'S DARTMOUTH POLICE DEPARTMENT, GILL, WHITE, BROOKS, AND MEDEIROS MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b), plaintiff introduces this Opposition to Defendant's Dartmouth Police Department, Gill, White, Brooks, and Medeiros (collectively, the "defendants") motion where he opposes any suggestion that the complaint be dismissed before it receives its due process of review or before any discovery is permitted in which evidentiary materials shall be gathered. Plaintiff submits this Motion and the accompanying Memorandum of Law further supporting this Opposition, and incorporating reasons as to why defendant's motion should not be granted.

WHEREFORE, plaintiff requests that this Honorable Court not dismiss the complaint but rather, permit it to receive fair and equitable consideration of the allegations against the named defendants.

Respectfully submitted,

April 21, 2005
Date