UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO. 04-10270 - GAO |
| v. |  |
| Dartmouth Police department et al. |  |
| Defendant |  |

Comes now the plaintiff with this Motion for Summary Judgment in the aforementioned case, pursuant to Federal Rules of Civil Procedure Rules 56(c).

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure, plaintiff requests a summary judgment for, and regarding the matters set forth in his amended complaint filed March 8, 2004. This motion is presented on the grounds that there is no genuine issue as to any material fact disputing plaintiff's complaint, or upon which the defendants might rely or even attempt to explain their actions. Therefore plaintiff is entitled a judgment as a matter of law.

Supporting this Motion, plaintiff refers to the Declaration of Plaintiff, including the appendix, and the accompanying Memorandum of Law that cites reasons as to why judgment should be granted.

WHEREFORE, plaintiff moves for Sumaary Judgment against the defendant and for an award of damages as set forth in the complaint.

Respectfully submitted,

April 22, 2005

*[signature: George Logue]*