UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO. 04-10270 - GAO |
| v. | |
| Dartmouth Police department et al. | |
| Defendant | |

## PLAINTIFF'S AFFIDAVIT 1
## SUPPORTING MOTION FOR SUMMARY JUDGMENT

1. I am currently a resident of the state of Massachusetts, Middlesex County. I have personal knowledge of the matters set forth in this declaration, and if called to testify with respect thereto, could and would do so competently under oath.

2. On July 24, 1997, Defendant Presiding Justice Markey failed to consider all evidence and facts, concerning an incident between plaintiff and his father (please refer to related complaint vs. Dartmouth Police, Case No.1:04-cv-l0271). On that date, defendant officers made a conscious, informed and malicious decision to record and communicate said false events to the District Court of New Bedford, allowing defendant officers, and each of them, then to knowingly make a wrongful arrest where they had no probable cause, and then escort plaintiff under force to the Court where he was then imprisoned falsely and without bail.

3. On July 24 and 25, 1997 a criminal complaint was filed against plaintiff by the Dartmouth Police Department for offenses he was not guilty. At approximately this time the District Attorney of Bristol, in the Commonwealth of Massachusetts, and her agents, began prosecuting this complaint.

4. At the hearing on July 25, 1997 defendant Justice Markey further compounded these violations by ordering plaintiff to undergo an unneeded psychiatric evaluation at the state hospital, again falsely imprisoning him for nearly one month.

5. On August 18, 1997, after being falsely imprisoned and held nearly a month, the charges against plaintiff were dismissed and the case was determined in his favor. (Refer to attached Docket).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 22, 2005

2-

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 23nd day of April 2005, I caused a true copy of the documents above to be served on the defense as listed below, by serving one copy of same, by first class mail postage paid.

Regina M. Ryan
Merrick, Louison, & Costello
67 Batterymarch Street
Boston, MA 02110