| CRIMINAL DOCKET | 9733CR 4805 | ATTORNEY NAME: Besrosky | | |
|---|---|---|---|---|
| COURT DIVISION | ☐ Interpreter Required (language:) | DATE & JUDGE | | DOCKET ENTRY |

**NEW BEDFORD**
NAME, ADDRESS AND ZIP CODE OF DEFENDANT

William G. Logue
307 Smithneck Rd.
Dartmouth, MA 02748

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 1/28/59  m | 615a |
| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
| 7/24/97 | Dartmouth |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Dennis McGuire | Dartmouth |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 7/25/97 | 7/25/97 Arrest |

Docket entries:
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied & Deft advised per 211D §2A
- ☐ Waiver of counsel found after colloquy
- Terms of release set:
  - ☐ PR  ☐ Bail:
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised:
  - ☐ Potential of bail revocation (276 §58)
  - ☐ Right to bail review (276 §58)
  - ☐ Right to drug exam (111E §10)
- Advised of right to jury trial
  - ☐ Does not waive
  - ☐ Waiver of jury trial found after colloquy
- Advised of trial rights as pro se (Supp.R. 4)
- Advised of right of appeal to Appeals Ct (R. 2)

Date: 7/25/97

**COUNT-OFFENSE**
a. ASSAULT & BATTERY, VICTIM 65+ C265 S13K

| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION |
|---|---|
| 8-18-97  Markey | ☒ Sufficient facts found but continued without guilty finding until: 8-18-98 |

**ORDERED TO BE DISMISSED**

TO TAKE MEDICATION AND COUNSELLING

DISPOSITION METHOD / FINDING:
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 279 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

[Three additional blank count-offense sections follow with the same structure, all unfilled.]

COURT ADDRESS:
New Bedford District Court
75 N. Sixth St.

A TRUE COPY ATTEST  Y