UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO 04-10270 - GAO |
| v. | **MOTION TO CORRECT** |
| Dartmouth Police et al. |  |
| Defendants |  |

**Comes now the plaintiff, with this Motion To Correct**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure plaintiff respectfully submits to this Honorable Court, this Motion To Correct his formerly submitted pleading of April 21, 2005, entitled Plaintiff's Memorandum of Law Supporting His Opposition To Dismiss. In a rush to submit this document plaintiff inadvertently confused and mixed up some references. The corrected copies are being submitted to rectify this oversight.

Wherefore plaintiff respectfully prays that this Honorable Court will accept and consider this most recent document, Plaintiff's Memorandum of Law Supporting His Opposition To Dismiss, of June 7, 2005, when ruling on these pleadings.

Respectfully submitted,

June 7, 2005
Date

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 7th day of June 2005, I caused a true copy of the documents above to be served on the defense as listed below, by serving one copy of same, by first class mail postage paid.

/s/ George Logue

Regina M. Ryan
Merrick, Louison, & Costello
67 Batterymarch Street
Boston, MA 02110