UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10270-GAO

GEORGE LOGUE
    Plaintiff,

v.

DARTMOUTH POLICE
DEPARTMENT, ET AL
    Defendants.

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT

The defendants in the captioned action request that this court deny the plaintiff's Motion to Dismiss/Motion for Summary Judgment. As grounds therefore, the defendants rely on the Defendants' Motion to Dismiss and Memorandum of Law previously filed.

For the above stated reasons, the defendant request that the court deny the plaintiff's Motion to Dismiss/Summary Judgment.

        Defendants, Darmouth Police Department,
        Gill, White, Brooks and Medeiros,
        By their attorneys,

        /s/Regina M. Ryan
        Douglas I. Louison BBO# 545191
        Regina M. Ryan BBO# 565246
        Merrrick, Louison & Costello, LLP
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

CERTIFICATE OF SERVICE

    I, Regina M. Ryan, hereby certify that on the 29th day of June, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to George Logue, pro se, General Delivery, Boston, MA 02205.

                                            /s/ Regina M. Ryan
                                            Regina M. Ryan