UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number 04-10270-GAO

George Logue
        Plaintiff

v.

Dartmouth Police, et al
        Defendants

    I request leave to withdraw as attorney for the Defendants. Regina Ryan, Esquire of Merrick, Louison and Costello have appeared for the Defendants. I have retired as Town Counsel and am no longer employed by the Town of Dartmouth. Defendants are fully represented by other counsel.

    Please note that my office address after July 2, 2005 will be 175 Rockland Street, POB P-150, Dartmouth MA 02748, telephone 508 994 3322.

_____
Joseph P. Hannon
BBO 220 520
Town Offices, 400 Slocum Road
Dartmouth, MA 02747
Tel. 508 910 1881

I certify service on counsel of record and George Logue, pro se this July 6, 2005.

Joseph P. Hannon
For the Defendants