UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE
        Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-10270-GAO

DARTMOUTH POLICE DEPARTMENT, ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 8/3/05, the motion to dismiss (Dkt. No. 18) is GRANTED. Logue's motion for summary judgment (Dkt. No. 22) is MOOT

                                                      SARAH A. THORNTON,
                                                      CLERK OF COURT

Dated: 8/8/05                              By PAUL S. LYNESS
                                                        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)