UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ] | CIVIL ACTION |
| George Logue | ] | CASE NO. <u>04-10270</u> - GAO |
|  | ] |  |
| Plaintiff | ] | **NOTICE OF APPEAL** |
|  | ] |  |
| v. | ] |  |
|  | ] |  |
| Dartmouth Police Department et al. | ] |  |
|  | ] |  |
| Defendant | ] |  |

Comes now the plaintiff with Notice of Appeal to the court's ruling in the aforementioned case.

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Pursuant to Federal Rules of Appellate Procedure, Rules 3 and 4, plaintiff respectfully submits this Notice of Appeal to the court in response to the Order of Dismissal that was issued by the District Court pertaining to its judgment of August 3, 2005. Plaintiff objects to the line of reasoning used regarding the statute of limitations where an argument concerning the tolling of time was presented in plaintiff's amended complaint (docket item 3). The appeal shall be filed, continuing the effort to seek redress from defendant's Dartmouth Police Department, Brooks, and Medeiros, while dismissing further action of officers Gill, and White.

<u>August 26, 2005</u>                                          *[signature: George Logue]*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 26th day of August 2005, I caused a true copy of the documents above to be served on the defense as listed below, by serving one copy of same, by first class mail postage paid.

*/s/ George Logue*

Regina M. Ryan
Merrick, Louison, & Costello
67 Batterymarch Street
Boston, MA 02110