# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10270

George Logue

v.

Dartmouth Police Department, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts hereby certify that the annexed documents as indicated on the certified copy of the docket and containe Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for Notice of Appeal filed on 8/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 21, 20

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/21/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APP L

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10270-GAO

Logue v. Dartmouth Police Department
Assigned to: Judge George A. O'Toole, Jr
Cause: 42:1983 Civil Rights Act

Date Filed: 02/09/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**George Logue**  represented by **George Logue**
General Delivery
Boston, MA 02205
PRO SE

V.

**Defendant**

**Dartmouth Police Department**  represented by **Joseph P. Hannon**
Dartmouth Legal Department
Town Offices
400 Slocum Road
Dartmouth, MA 02747
508-910-1881
Fax: 508-910-1882
*TERMINATED: 07/07/20*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
Merrick, Louison & Costo
67 Batterymarch Street

                                      Boston, MA 02110
                                      617-439-0305
                                      Fax: 617-439-0325
                                      Email: rryan@merricklc.c   n
                                      *ATTORNEY TO BE*
                                      *NOTICED*

**Defendant**

**Officer Gill**                   represented by  **Joseph P. Hannon**
                                               (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE*
                                             *NOTICED*

                                             **Regina M. Ryan**
                                             (See above for address)
                                             *ATTORNEY TO BE*
                                             *NOTICED*

**Defendant**

**Officer White**                 represented by  **Joseph P. Hannon**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE*
                                             *NOTICED*

                                             **Regina M. Ryan**
                                             (See above for address)
                                             *ATTORNEY TO BE*
                                             *NOTICED*

**Defendant**

**Officer Brooks**                represented by  **Joseph P. Hannon**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE*
                                             *NOTICED*

                                                 **Regina M. Ryan**
                                                 (See above for address)
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

**Defendant**

**Officer Medeiros**        represented by **Joseph P. Hannon**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

                                               **Regina M. Ryan**
                                                 (See above for address)
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2004 | 1 | MOTION for Leave to Proceed in forma pauperis l George Logue.(Jenness, Susan) (Entered: 02/10/20  ) |
| 02/09/2004 | 2 | COMPLAINT against Dartmouth Police Departme , filed by George Logue.(Jenness, Susan) (Entered: 02/10/2004) |
| 02/09/2004 | ● | If the trial Judge issues an Order of Reference of a matter in this case to a Magistrate Judge, the matte will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 02/10/2004) |
| 02/10/2004 | ● | Case unergoing preliminary screening (Jenness, Susan) (Entered: 02/10/2004) |
| 03/08/2004 | 3 | MOTION to Amend 2 Complaint by George Logu (Edge, Eugenia) Additional attachment(s) added o1 3/11/2004 (Edge, Eugenia). (Entered: 03/11/2004) |
| 08/12/2004 | 4 | MOTION for Extension of Time to 11/12/2004 to |

| | | |
|---|---|---|
| | | Serve the Defendants by George Logue.(Barrette, Mark) (Entered: 08/17/2004) |
| 09/07/2004 | 5 | Judge George A. O'Toole Jr.: ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall return the complaint to th undersigned for screening on the merits pursuant to 8 U.S.C. Section 1915(e)(2) and summonses shall NO issue pending the completion of screening on the merits. Copy of Order mailed to plaintiff. (Morse, Barbara) (Entered: 09/08/2004) |
| 09/29/2004 | 6 | Judge George A. O'Toole Jr.: ORDER entered granting 3 Motion to Amend. It is further ORDERI that the Clerk enter the amended complaints on the appropriate docket; and it is further ORDERED, th the Clerk shall return the amended complaints to th undersigned for screening on the merits pursuant to 8 U.S.C. s. 1915(e)(2) and summonses shall NOT iss pending the completion of screening on the merits. (Weissman, Linn) (Entered: 09/29/2004) |
| 09/29/2004 | 7 | AMENDED COMPLAINT against Dartmouth Pol Department, Officers, Gill, White, Brooks and Medieros filed by George Logue. (Weissman, Linn Additional attachment(s) added on 9/30/2004 (Weissman, Linn). (Entered: 09/29/2004) |
| 09/29/2004 | 8 | Judge George A. O'Toole Jr.: ORDER entered. Ha completed the screening on the merits of plaintiff's amended complaint pursuant to Section 1915(e)(2) the Clerk shall issue summonses and the United Sta Marshal shall serve a copy of the amended compla summons and this order upon defendant(s) as direc by the plaintiff with all costs of service to be advan by the United States.(Weissman, Linn) (Entered: 09/29/2004) |
| 09/29/2004 | | Summons Issued as to Officer Brooks, Dartmouth Police Department, Officer Gill, Officer Medeiros, |

| | | |
|---|---|---|
| | | Officer White. (Weissman, Linn) (Entered: 09/29/2004) |
| 02/07/2005 | 9 | MOTION for Extension of Time to Serve the complaints by George Logue.(Abaid, Kim) (Entere 02/08/2005) |
| 02/09/2005 | 10 | Letter from George Logue. (Abaid, Kim) (Entered: 02/10/2005) |
| 03/17/2005 | 11 | NOTICE of Change of Address by George Logue.c (Edge, Eugenia) (Entered: 03/17/2005) |
| 03/23/2005 | 12 | US Marshal Process Receipt and Return for STC. Officer White, Dartmouth PD served Delivered on 3/17/05 (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/23/2005 | 13 | US Marshal Process Receipt and Return for STC. Brooks, Dartmouth PD served Delivered on 3/17/0: (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/23/2005 | 14 | US Marshal Process Receipt and Return for STC. Dartmouth Police Department served Delivered on 3/17/05 (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/23/2005 | 15 | US Marshal Process Receipt and Return for STC. C l, Dartmouth PD served Delivered on 3/17/05 (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/23/2005 | 16 | US Marshal Process Receipt and Return for STC. Meideros, Dartmouth PD served Delivered on 3/17 ; (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/31/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 4 Motion for Extension of Time, granting 9 Motion for Extension of Time. Th plaintiff has until 4/29/05 to complete service of process on the defendants. ( Copy of this Electronic Order mailed to Plaintiff) (Lyness, Paul) (Entered: 03/31/2005) |
| 04/11/2005 | 17 | MOTION for Extension of Time to May 9, 2005 to |

| | | |
|---|---|---|
| | | File Response/Reply as to 2 Complaint by Officer Gill, Officer White, Officer Brooks, Officer Medeiros, Dartmouth Police Department. c/s (Attachments: # Appendix)(Edge, Eugenia) (Entered: 04/12/2005) |
| 04/19/2005 | 18 | MOTION to Dismiss by Officer Gill, Officer White, Officer Brooks, Officer Medeiros, Dartmouth Police Department.(Ryan, Regina) (Entered: 04/19/2005) |
| 04/19/2005 | 19 | MEMORANDUM in Support re 18 MOTION to Dismiss filed by Officer Gill, Officer White, Officer Brooks, Officer Medeiros, Dartmouth Police Department. (Ryan, Regina) (Entered: 04/19/2005) |
| 04/21/2005 | 20 | Opposition re 18 MOTION to Dismiss filed by George Logue. (Edge, Eugenia) (Entered: 04/22/2005) |
| 04/21/2005 | 21 | MEMORANDUM OF LAW in support by George Logue to 20 Opposition to Motion. c/s (Edge, Eugenia) (Entered: 04/22/2005) |
| 04/22/2005 | 22 | MOTION for Summary Judgment by George Logue. (Edge, Eugenia) (Entered: 04/25/2005) |
| 04/22/2005 | 23 | AFFIDAVIT in Support re 22 MOTION for Summary Judgment. c/s (Attachments: # 1 Exhibit New Bedford Criminal Docket)(Edge, Eugenia) (Entered: 04/25/2005) |
| 04/26/2005 | 24 | MEMORANDUM in Support re 22 MOTION for Summary Judgment filed by George Logue. c/s (Edge, Eugenia) (Entered: 04/27/2005) |
| 06/07/2005 | 25 | MOTION to Correct pleading submitted on April 2, 2005 (entry 21) by George Logue. c/s(Edge, Eugenia) Additional attachment(s) added on 6/9/2005 (Edge, Eugenia). (Entered: 06/09/2005) |
| 06/29/2005 | 26 | Opposition re 22 MOTION for Summary Judgment filed by Officer Gill, Officer White, Officer Brooks, Officer Medeiros, Dartmouth Police Department. (Ryan, Regina) (Entered: 06/29/2005) |

| | | |
|---|---|---|
| 07/07/2005 | 27 | NOTICE of Withdrawal of Appearance Attorney Joseph P. Hannon terminated. c/s (Edge, Eugenia) (Entered: 07/08/2005) |
| 08/03/2005 | 28 | Judge George A. O'Toole Jr.: ORDER entered granting 18 Motion to Dismiss, finding as moot 22 Motion for Summary Judgment ( Copy of Order mailed to Plaintiff) (Lyness, Paul) (Entered: 08/08/2005) |
| 08/08/2005 | 29 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendant against Plainti ( Copy of judgment mailed to plaintiff)(Lyness, Pa (Entered: 08/08/2005) |
| 08/26/2005 | 30 | NOTICE OF APPEAL as to 29 Judgment by Geor; Logue. $ 0.0 NOTICE TO COUNSEL: A Transcri Report/Order Form, which can be downloaded fror the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/15/2005. (Edge, Eugenia) (Entered: 08/26/2005) |