1:04-10270
USDC/MA
O'Toole

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2409

GEORGE LOGUE,

Plaintiff, Appellant,

v.

DARTMOUTH POLICE DEPARTMENT, ET AL.,

Defendants, Appellees.

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: May 25, 2006

We have reviewed the record in this case. Essentially for the reasons given by the district court in its order, dated August 3, 2005, the dismissal of plaintiff's case is <u>affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Operations Manager.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*
Deputy Clerk

Date: 8/29/06

[cc: George Logue, Regina M. Ryan, Esq.,
Douglas I. Louison, Esq.]